IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OSHIA GAINER,

        Appellant,

v.

DHARMEN PATEL AND
PINAL PATEL,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1569

Opinion filed July 23, 2014.

An appeal from the Circuit Court for Alachua County.
Victor L. Hulslander, Judge.

Christopher M. Chestnut, Kim E. Yozgat, Heather Ann Harmer, and Jana Ranieri Cortina of The Chestnut Firm, LLC, Gainesville, for Appellant.

Rosemary B. Wilder of Marlow Adler Abrams Newman & Lewis, Coral Gables, and Travis McMillen of Adams Adams Baca & McMillen, Orlando, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, C.J., WOLF and MAKAR, JJ., CONCUR.